AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

United States District Court
Southern District of Texas
FILED

DEC 3 0 2017

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Ricardo Lopez-Rodriguez

**CRIMINAL COMPLAINT**

Case Number: M-18-0003-M

IAE   YOB: 1970
United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 28, 2017__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Ricardo Lopez-Rodriguez was encountered by Border Patrol Agents near Hidalgo, Texas on December 28, 2017. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 28, 2017, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 14, 2017, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 23, 2016, the defendant was convicted of 8 USC 1326 Being found in the U.S. after previous deportation and was sentenced to twenty seven (27) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 30, 2017.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me

December 30, 2017       2:10 p.m.

/s/ Adelaido Martinez
Signature of Complainant
Adelaido Martinez       Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Pete E Ormsby
Signature of Judicial Officer